UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 08-21930-CIV  COOKE/BANDSTRA

AUGUSTO MEDINA,

        *Plaintiffs*,

v.

UNITED CHRISTIAN EVANGELISTIC ASSOCIATION*, et al.*,

        *Defendants*.
_____/

## ORDER CONSOLIDATING CASES

**IT IS HEREBY ORDERED** that *Augusto Medina v. United Christian Evangelistic Association of Florida, LLC, et al.*, (08-22111-CIV) is **CONSOLIDATED** with related, lower-numbered action, *Augusto Medina v. United Christian Evangelistic Association of Florida, LLC, et al.,* (08-21930-CIV), including all claims and causes of action. And accordingly, the higher-numbered action *Augusto Medina v. United Christian Evangelistic Association of Florida, LLC, et al.*, (08-22111-CIV) is ***administratively CLOSED without prejudice*** for statistical purposes only. All pleadings going forward must be filed in *Augusto Medina v. United Christian Evangelistic Association of Florida, LLC, et al.,* (08-21930-CIV).

**DONE and ORDERED** in chambers, Miami, Florida, this 3rd day of September 2008.

*(signature)*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Ted E. Bandstra*
*Counsel of Record*