IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 08-22111-CIV-COOKE/BANDSTRA

AUGUSTO MEDINA,

        Plaintiff,

vs.

UNITED CHRISTIAN EVANGELISTIC
ASSOCIATION, a South Carolina entity, *et
al.*,

        Defendants.
_____/

## VERDICT FORM

We, the jury, return the following verdict:

**SEXUAL HARASSMENT**

1. Do you find from a preponderance of the evidence that Augusto Medina was subjected to sexual harassment while he was employed at UCEA which proximately and legally caused damages?

    YES __X__ NO _____

[Note: If you answered No to Question No. 1, skip to Question No. 3.]

2. If your answer to Question No. 1 is Yes, in what amount(s) for:

    a. Mental and emotional humiliation or pain and anguish

        $750,000.00

    b. Punitive damage, if any (as explained in the Court's instructions?)

        $750,000.00

**RETALIATION**

3. Do you find from a preponderance of the evidence that UCEA retaliated against Augusto Medina which proximately and legally caused damages?

    YES __X__ NO _____

[Note: If you answered No to Question No. 3, skip to Question No. 5.]

4. If your answer is Yes to Question No. 3, what amount(s) for:

   a. Mental and emotional humiliation or pain and anguish:

   $250,000.00

   b. Punitive damage, if any (as explained in the Court's instructions?):

   $250,000.00

**BATTERY**

5. Do you find from a preponderance of the evidence that Reverend Frederick Eikerenkoetter intentionally touched Augusto Medina in a manner that was harmful or offensive?

   YES  X   NO_____

[Note: If you answered No to Question 5, you need not proceed to Question 6 or 7. Please move directly to Question 8.]

6. Do you find from a preponderance of the evidence that Augusto Medina should be awarded damages against the Defendants to compensate for such harmful or offensive touching?

   YES  X   NO_____

   If your answer is Yes, in what amount? 250,000.00

7. Do you find from a preponderance of the evidence that Augusto Medina suffered harm as a result of such harmful or offensive touching so that punitive damages should be awarded against the Church?

   YES  X   NO_____

   If your answer is Yes, in what amount? 250,000.00

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

8. Do you find by a preponderance of the evidence that Reverend Frederick Eikerenkoetter intentionally subjected Augusto Medina to extreme and outrageous conduct, which goes beyond all possible bounds of decency and is regarding as shocking or atrocious in civilized society?

YES __X__ NO_____

[Note: If you answered No to Question 8, you need not proceed to Question 9 or 10. Please move directly to Question 11.]

9. Do you find from a preponderance of the evidence that Augusto Medina suffered damages as a result of such extreme and outrageous conduct?

YES __X__ NO_____

If your answer is Yes, in what amount? $250,000.00

10. Do you find from a preponderance of the evidence that Augusto Medina suffered harm as a result of the extreme and outrageous conduct by Reverend Frederick Eikerenkoetter so that punitive damages should be awarded against the Church?

YES __X__ NO_____

If your answer is Yes, in what amount? $250,000.00

**NEGLIGENT RETENTION AND TRAINING**

11. Do you find from a preponderance of the evidence that UCEA negligently (or willfully, wantonly, and in complete disregard of the interest of others) retained or failed to supervise Frederick Eikerenkoetter?

YES __X__ NO_____

[Note: If you answered No to Question 11, you need not proceed to Question 12.]

12. Do you find from a preponderance of the evidence that Augusto Medina suffered damages for the negligent retention and supervision of Frederick Eikerenkoetter?

YES __X__ NO_____

If your answer is Yes, in what amount? 2,000,000.00

Please sign and date the verdict form below and advise the Court that you have reached a verdict.

SO SAY WE ALL.

_____
FOREPERSON

DATED: 1/27/10