56330-5/tfb[20476423]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22111-CIV COOKE/BANDSTRA

AUGUSTO MEDINA,

    Plaintiff,

vs.

UNITED CHRISTIAN EVANGELISTIC
ASSOCIATION OF FLORIDA, LLC, a Florida
Corporation, UNITED CHRISTIAN
EVANGELIST ASSOCIATION OF FLORIDA,
INC., a Florida Corporation, UNITED
CHRISTIAN EVANGELIST ASSOCIATION,
INC., and EULA EIKERENKOETTER, as
Personal Representative of the Estate of
FREDERICK "IKE" EIKERENKOETTER,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT
## AND REQUEST TO WITHHOLD ENTRY OF JUDGMENT

    The Parties, pursuant to Local Rule 16.2.F.2, by and through their undersigned counsel, hereby notify the Court that a full and final settlement agreement has been reached between them. Based on the settlement, the Parties jointly request that this Court withhold entry of Judgment.

CASE NO. 08-22111-CIV COOKE/BANDSTRA

Dated:  March 23, 2010

Respectfully submitted,

**/s/ Richards H. Ford**
Richards H. Ford (Florida Bar No. 288391)
E-mail address: rford@wickersmith.com
WICKER, SMITH, O'HARA, MCCOY & FORD, P.A.
Post Office Box 2753
Orlando, FL 32802-2753
Telephone: (407) 843-3939
Facsimile: (407) 649-8118
Attorney for Defendants


**/s/ Jennifer Ator**
Jennifer Ator, Esquire
E-mail address: jja@hankinsator.com
HANKINS & ATOR, PL
371 North Royal Poinciana Blvd.
Miami Springs, FL 33166
Telephone: (305) 863-8525
Facsimile: (305) 863-8535
Attorneys for Plaintiff

CASE NO. 08-22111-CIV COOKE/BANDSTRA

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record identified in the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

**/s/ Richards H. Ford**
Richards H. Ford (Florida Bar No. 288391)
E-mail address: rford@wickersmith.com
WICKER, SMITH, O'HARA, MCCOY & FORD, P.A.
Post Office Box 2753
Orlando, FL 32802-2753
Telephone: (407) 843-3939
Facsimile: (407) 649-8118
Attorney for Defendants

CASE NO. 08-22111-CIV COOKE/BANDSTRA

## SERVICE LIST

**MEDINA V. UNITED CHRISTIAN EVANGELISTIC ASSOCIATION OF FLORIDA, LLC, et al.**
**CASE NO. 08-22111-CIV-COOKE/BANDSTRA**
**United States District Court, Southern District of Florida**

Jennifer Ator, Esquire
E-mail address: jja@hankinsator.com
HANKINS & ATOR, PL
371 North Royal Poinciana Blvd.
Miami Springs, FL 33166
Telephone: (305) 863-8525
Facsimile: (305) 863-8535
Attorneys for Plaintiff
[Augusto Medina]
Via transmission of Notice of Electronic Filing
generated by CM/ECF

Eugene I. Farber, Esquire
E-mail address: efarber747@aol.com
Farber, Pappalardo & Carbonari
200 East Post Road
White Plains, NY  10601
Telephone: (914) 761-9400
Facsimile: (914) 761-0747
Co-counsel for Defendants
Via transmission of Notice of Electronic Filing
generated by CM/ECF