56330-5/tfb[20476408]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22111-CIV COOKE/BANDSTRA

AUGUSTO MEDINA,

    Plaintiff,

vs.

UNITED CHRISTIAN EVANGELISTIC
ASSOCIATION OF FLORIDA, LLC, a Florida
Corporation, UNITED CHRISTIAN
EVANGELIST ASSOCIATION OF FLORIDA,
INC., a Florida Corporation, UNITED
CHRISTIAN EVANGELIST ASSOCIATION,
INC., and EULA EIKERENKOETTER, as
Personal Representative of the Estate of
FREDERICK "IKE" EIKERENKOETTER,

    Defendants.
_____/

**STIPULATION FOR ENTRY OF FINAL**
**ORDER OF DISMISSAL WITH PREJUDICE**

An amicable settlement of all matters and things in dispute between the parties, UNITED CHRISTIAN EVANGELISTIC ASSOCIATION, UNITED CHRISTIAN EVANGELISTIC ASSOCIATION OF FLORIDA, LLC, UNITED CHRISTIAN EVANGELISTIC ASSOCIATION OF FLORIDA, INC., UNITED CHRISTIAN EVANGELISTIC ASSOCIATION, INC., ESTATE OF FREDERICK "IKE" EIKERENKOETTER and AUGUSTO MEDINA, hereto having been made, it is

STIPULATED AND AGREED by and between the parties listed above that this cause shall be dismissed with prejudice, each party to bear its own attorneys fees and

CASE NO. 08-22111-CIV COOKE/BANDSTRA

costs; any applicable taxes and liens are to be paid by Plaintiff out of the proceeds of the settlement made in this case.

Dated:  March 24, 2010

Respectfully submitted,

**/s/ Richards H. Ford**
Richards H. Ford (Florida Bar No. 288391)
E-mail address: rford@wickersmith.com
WICKER, SMITH, O'HARA, MCCOY & FORD, P.A.
Post Office Box 2753
Orlando, FL 32802-2753
Telephone: (407) 843-3939
Facsimile: (407) 649-8118
Attorney for Defendants


**/s/ Jennifer Ator**
Jennifer Ator, Esquire
E-mail address: jja@hankinsator.com
HANKINS & ATOR, PL
371 North Royal Poinciana Blvd.
Miami Springs, FL 33166
Telephone: (305) 863-8525
Facsimile: (305) 863-8535
Attorneys for Plaintiff

CASE NO. 08-22111-CIV COOKE/BANDSTRA

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified in the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

**/s/ Jennifer Ator**
Jennifer Ator, Esquire
E-mail address: jja@hankinsator.com
HANKINS & ATOR, PL
371 North Royal Poinciana Blvd.
Miami Springs, FL 33166
Telephone: (305) 863-8525
Facsimile: (305) 863-8535
Attorneys for Plaintiff

CASE NO. 08-22111-CIV COOKE/BANDSTRA

## SERVICE LIST

**MEDINA V. UNITED CHRISTIAN EVANGELISTIC ASSOCIATION OF FLORIDA, LLC, et al.
CASE NO. 08-22111-CIV-COOKE/BANDSTRA
United States District Court, Southern District of Florida**

Jennifer Ator, Esquire
E-mail address: jja@hankinsator.com
HANKINS & ATOR, PL
371 North Royal Poinciana Blvd.
Miami Springs, FL 33166
Telephone: (305) 863-8525
Facsimile: (305) 863-8535
Attorneys for Plaintiff
[Augusto Medina]
Via transmission of Notice of Electronic Filing
generated by CM/ECF

Eugene I. Farber, Esquire
E-mail address: efarber747@aol.com
Farber, Pappalardo & Carbonari
200 East Post Road
White Plains, NY  10601
Telephone: (914) 761-9400
Facsimile: (914) 761-0747
Co-counsel for Defendants
Via transmission of Notice of Electronic Filing
generated by CM/ECF

Richards H. Ford
E-mail address: rford@wickersmith.com
WICKER, SMITH, O'HARA, MCCOY & FORD, P.A.
Post Office Box 2753
Orlando, FL 32802-2753
Telephone: (407) 843-3939
Facsimile: (407) 649-8118
Attorney for Defendants