UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22111-CIV COOKE/BANDSTRA

AUGUSTO MEDINA,

    *Plaintiff*,

vs.

UNITED CHRISTIAN EVANGELISTIC
ASSOCIATION, *et al.*,

    *Defendants*.

_____/

**ORDER OF DISMISSAL**

    THIS CASE is **DISMISSED** *with prejudice* pursuant to the Joint Stipulation for Entry of Final Order of Dismissal With Prejudice [D.E. 247]. The Clerk shall **CLOSE** the case. All pending motions are **DENIED** as moot.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of March 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*